Atlantic Credit & Finance, Inc.
PO Box 11887
Roanoke, VA 24022-1887

Return Service Requested

007714  L2TAC225
KENNETH S KALLAS
1458 HAISE LN
ELK GROVE VLG, IL 60007-3117

**Atlantic**™
CREDIT & FINANCE INCORPORATED
866-397-4100 * Fax 540-772-7895
http://www.atlanticfinance.com

Original Creditor ▸ CITIBANK, N.A.
                    CITI THANKYOU PREFERRED
Current Creditor ▸ MIDLAND FUNDING, LLC ("MID")
         Acct # ▸ ************3890
     ACF Acct # ▸ 
        Balance ▸ $6,525.76

May 4, 2016

Dear Mr./Ms. Kenneth S Kallas:

Please allow this letter to serve as an introduction to MID. MID has purchased or was otherwise assigned the account (the "Account") referenced above and it has been placed with Atlantic Credit & Finance, Inc. ("Atlantic") for collection.

Our records reflect you are obligated on the Account which is in default. Accordingly, Atlantic is entitled to be paid the balance due of $6,525.76. All payments on the account should be sent as noted below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will

015427

verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**To discuss this debt, please contact Alicia Shiflett toll free at 866-397-4100, between 12:00 P.M. and 9:00 P.M. EST Monday through Wednesday, 8:30 A.M. to 5:30 P.M. on Thursday and 9:00 A.M. to 5:00 P.M. EST on Friday.**

Mail all Correspondence to:
Atlantic Credit & Finance, Inc.
PO Box 13386
Roanoke, VA 24033-3386

Mail all Payments to:
**Atlantic Credit & Finance, Inc.**
PO Box 12966
Roanoke, VA 24030-2966

Office Hours: 8:30 A.M. - 9:00 P.M., Monday - Wednesday; 8:30 A.M. - 5:30 P.M., Thursday; 9:00 A.M. - 5:00 P.M. Friday (EST)

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

▲ Detach Here ▲      **DETACH HERE AND ENCLOSE THIS PORTION ALONG WITH PAYMENT**      ▲ Detach Here ▲
Make check or money order payable to Atlantic Credit & Finance, Inc.

L2TAC225 0077I4 2251354581Z1 NNNYY NNNNN NNNNNN 000001

4857556
KENNETH S KALLAS
1458 HAISE LN
ELK GROVE VLG, IL 60007-3117

May 4, 2016

Original Creditor ▶ CITIBANK, N.A.
Acct # ▶ *************3890
ACF Acct # ▶
Balance ▶ $6,525.76
Amount Enclosed ▶

ATLANTIC CREDIT & FINANCE, INC.
PO BOX 12966
ROANOKE, VA 24030-2966

WE ACCEPT M/C AND VISA
☐ MasterCard  ☐ VISA
Account Number: _____
Expiration Date: _____
Amount To Be Applied to Card: $ _____
Cardholder Signature: _____ (Print Name Below Line)