UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kallas,<br><br>Plaintiff,<br><br>v.<br><br>Atlantic Credit & Finance, Inc.<br><br>Defendant. | Case No. 1:16-cv-11265<br><br><br><br>**NOTICE OF DISMISSAL** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present without prejudice and by January 27, 2017, if no action by Plaintiff, it would be with Prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, LLP

By: /s/ John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel: 847-843-8600
Fax: 847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2017, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the United States Mail to all parties indicated on the electronic filing receipt. The following party was served via regular via Electronic Notice:

**Palak N. Shah**
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300, Chicago, IL, 60601
Tel: 312-704-3341 | Fax: 312-704-3001
PShah@hinshawlaw.com | hinshawlaw.com

**HINSHAW**
& CULBERTSON LLP